UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAUOA HEAD, et al.                    ,

Plaintiff(s),

v.

LEXINGTON INSURANCE,                  ,

Defendant(s).

Case No. 4:26-cv-01254-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jay Michael Patterson____, an active member in good standing of the bar of TX & all U.S. District Courts of TX, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Lexington Insurance Company___ in the above-entitled action. My local co-counsel in this case is Jodi Krystyn Swick_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __228634_____.

1001 Fannin St., Ste. 2400, Houston, TX 77002
MY ADDRESS OF RECORD

713-221-2547
MY TELEPHONE # OF RECORD

jay.patterson@mhllp.com
MY EMAIL ADDRESS OF RECORD

1999 Harrison St., Ste. 2050, Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

510-628-2194
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jodi.swick@mhllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __24113434_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2026          Jay Michael Patterson

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jay Michael Patterson    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    3/27/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 17, 2026

Re: Jay Michael Patterson, State Bar Number 24113434

To Whom It May Concern:

This is to certify that Jay Michael Patterson was licensed to practice law in Texas on May 03, 2019, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253