Demián I. Oksenendler (State Bar #233416)
Email: demian@oksenlaw.com
Maribel J. Sanchez (State Bar #352287)
Email: maribel@oksenlaw.com
OKSENENDLER LAW, A P.C.
601 Montgomery Street, Suite 1208
San Francisco, California  94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Plaintiffs
TAUOA HEAD; REX MAUGA-HEAD; RAMONA V.
HUFNAGEL; REAGAN L. HEAD; RENITA S. HEAD;
RACHEL S. HEAD; and, ROOSEVELT T. HEAD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAUOA HEAD; REX MAUGA-HEAD; RAMONA V. HUFNAGEL; REAGAN L. HEAD; RENITA S. HEAD; RACHEL S. HEAD; and, ROOSEVELT T. HEAD,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY; BROTHERHOOD MUTUAL INSURANCE COMPANY; UNITED SAMOAN MINISTRIES, UCC; EKALESIA KALVARIA FAAPOTOPOTOGA KERISIANO UCC; and, DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:26-cv-01254-HSG<br><br>**ORDER RE: STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR REMAND AND HEARING DATES FOR ALL PENDING MOTIONS AND CASE MANAGEMENT CONFERENCE**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   June 2, 2025<br><br>Action Removed: February 11, 2026 |

Having considered the concurrently filed Stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED**:

1.      The following briefing schedule shall apply to Plaintiffs' Motion for Remand:

- Plaintiffs' Motion for Remand to be filed on or before May 27, 2026;

- Defendants' Opposition(s) to be filed on or before June 15, 2026;

- Plaintiffs' Reply to be filed on or before June 22, 2026.

OKSENENDLER LAW
A PROFESSIONAL CORPORATION

1
ORDER

2.     The May 28, 2026 hearing on Lexington Insurance Company's Motion to Dismiss (Dkt. No. 11), the June 25, 2026 hearing on Brotherhood Mutual Insurance Company's Motion for Judgment on the Pleadings (Dkt. No. 22), and the May 28, 2026 Case Management Conference are continued, and will be heard together with Plaintiffs' forthcoming Motion for Remand on **July 16, 2026**, at 2:00 p.m.

3.     The deadline for the Parties to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is extended from May 6, 2026, to June 18, 2026.

**IT IS SO ORDERED.**

Dated:    5/14/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

---

2
ORDER